# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 6, 2021

162011 (61)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

LINDA M. HOLLAND, Personal Representative
of the ESTATE OF TERRY M. HOLLAND,
      Plaintiff-Appellant,

v

MARY SPRINGER, PAUL GERARD SPRINGER,
and PROGRESSIVE MICHIGAN INSURANCE
COMPANY,
      Defendants,

and

CITIZENS INSURANCE COMPANY OF THE
MIDWEST and CITIZENS INSURANCE
COMPANY OF AMERICA,
      Defendants-Appellees.

SC: 162011
COA: 347562
Wayne CC: 16-016760-NI

_____/

On order of the Court, the motion for reconsideration of this Court's March 30, 2021 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).

BERNSTEIN, J., did not participate because he has a family member with an interest that could be affected by the proceeding.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 6, 2021



a0628

Clerk